DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICKY A. FREEMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-735

_____

September 15, 2021

Appeal from the Circuit Court for Sarasota County; Charles E. Williams, Judge.

Howard L. Dimmig, II, Public Defender, and Eric S. Gardner, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Linsey Sims-Bohnenstiehl, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.